4/19/23

Proof of Service

[ FILED ]

APR 19 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Name _____ Michael Littleton
Street Address _____ 3960 17th Avenue
City and County _____ Sac, Ca county
State and Zip Code _____ Ca 95820
Telephone Number _____ Hacked

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael Littleton

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

  -against-

Residents, Internet gary Timmens
District Attorneys office Superior
courts supreme court Etc.

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ___ 2:23 Cv 0735 KJM
*(to be filled in by the Clerk's Office)* JDP
(PS)

Jury Trial: ☐ Yes ☐ No
*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Supreme court |
| Street Address | 350 Mc callister |
| City and County | San fran |
| State and Zip Code | |
| Telephone Number | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Superior B court |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | District Attorney office |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

2

Defendant No. 3

| | |
|---|---|
| Name | gary Timmons |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐  Federal question             ☐  Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment, 5th Amendment
14th Amendment   8th Amendment

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Michael Littleton            , is a citizen of the State of *(name)* California          .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Supreme Court       , is a citizen of the State of *(name)* San Francisco          . *Or* is a citizen of *(foreign nation)* _____.

4

Social media is Just about every where, we use it to "stay" in the Loop" when it comes to the News, Media and friends. Users have access to a vast Array of publishing tools through which they can Broadcast about themselves

The un Regulated behavior has become Second Nature to us, So much So that we inadvertently information that could come back to haunt us later in Life. The Posts you make on Social media is often used to corroborate your Story by police officials, the Jury, INSURANCE companys or any one who may want to Affect your case

It's Safe to Say that anything you publish can and will be used against you in court

This is true for injury victims who Also use Social media. An experienced california personal injury Law firm would tell you to use Social media with extreme precaution. If youre Not good with Social Media, it's better to abandon it entirely - at Least until your injury case is resolved

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

100 million, hatred, Slander, bias, favoritism
putting my life in danger basically connected
my phone to the internet and spyed on me
with cameras No privacy At All illegally stop court cases
**III.    Statement of Claim** blocked me from getting Jobs Public war because of
My Allegations Refuse compensation I don't Live IN Sacramento]
Write a short and plain statement of the claim. Do not make legal arguments. State as Fraudulent cases
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

1st Amendment! Freedom of Speech I was trying to
explain to investigator about being caught up by fraudulent
Racketeering people, they Ruined my life And told me if
I don't Join I will die I been Suffering for years
Now no interview Just people following Me and Shutting
My life down the libarys, Signs on the trains About my sexual Life
no body Likes me It's clear to me I'm in trouble and my court
cases Are A complete Fraud they Made to Make Me Listen to them
I am Scared for my safety. Please help

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

emotionally Ruined, My privacy _____ Hatred, obstructing Justice, False imprisonment, wrongfully accusing me Captive, controlling my phone's the public had control Identity theft, Social Security Stolen, Literally have no Control, people know each other every where, Surveillance All around house of public Neighbors, District Attorney

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/19 , 2023

Signature of Plaintiff _____

Printed Name of Plaintiff   Michael Littleton

6

June 24
Violated Speed Trial

24 14th Amendment    1 whole Month

The 14th Amendment to the U.S. Constitution,
Ratified in 1868 granted citizenship to all
persons born of Naturalized in the United States
including former enslaved people- and guaranteed
all citizens equal protection of the Laws," one of
three Amendments passed during the Reconstruction
ERA to abolish slavery and establish civil and Legal
Rights for black Americans it would become
become the basis for many landmark
Supreme court decisions over the years in It's
Later Sections, the 14th Amendment Authorized the
federal government to punish states that violated
or abridged their citizens' Right to vote by proportionally
Reducing the states' representation
IN Congress, And mandated that anyone who
engaged IN insurrection" against the united states
could Not hold civil, Military or elected office
(without the approval of two-thirds of the house
and Senate it also upheld the National debt, but
exempted federal and state governments from paying
any debts incurred by the former confederate State's

4/19/23 FOR MURDER
The Set up → ENTrapment
OR PRISON

Illegally staged a court case with Allegations
So serious I was supposed to be compensated
and Removed from Area of the crime due
to this Not happening I been called, faggots
women And men Laugh At me signs every where
blocking me from Legal help, Libary blocking me
Signs at businesses, No way of income no help
Just hatred because of my Allegations are So serious
I should have been, got compensation I am a
Victim of Sacramento, 100 percent the cases I got
pending are completely fraud, And they keep trying
to Run me thru trial with no way to talk to investigator
basically because they can And I'm a homeless black
Man, People call me name's My feelings are Ruined
I Just want to die seriously because Sacramento
is Mean and terrible people my phone number got
passed around the whole city people want me dead
And I Really truly need help they Shut my Life down
to make me depressed hurt my soul And most of All
My heart playing with my mom gary Timmons A person
I Live with works for District Attorney he steals
All information And Reports to District Attorney so there
case will be Stronger fraud, they got a ponzi scam going
My phone is Attached to the world, I talk into my
phone And All conversation Recorded to sim cards
they hold with all my information Literally I never
controlled My phone or conversation All my calls are
Monitored by Neighbors And everybody some frans some enimies
it's really depressing and hurtful. And if you believe
IN Jesus Christ died for our sins, he is the beginning
and the end you will believe in Me Michael Littleton
and help!

# Fifth Amendment Issues in Prosecuting Public Employees

*Barbara Kay Bosserman*
*Deputy Chief, Cold Case Unit*
*Senior Legal Counsel*
*Criminal Section*
*Civil Rights Division*

*Lauren Posten*
*Attorney Advisor*
*Criminal Section*
*Civil Rights Division*

When a law enforcement officer's misconduct rises to the level of a willful violation of the Constitution, the government may prosecute that officer for violating criminal civil rights laws. Other articles in this series discuss legal and strategic issues related to such color of law prosecutions. When investigating these important cases, prosecutors should bear in mind that some statements law enforcement officers (and other public employees) make may be protected by the Fifth Amendment because they are made under the threat of termination from a government position. This set of frequently asked questions (and answers) is designed to help prosecutors identify when statements may have been compelled by threat of job loss (and therefore are protected by the Fifth Amendment) and take steps to ensure that they do not improperly use such statements against the public employees who made them.

Below are some commonly asked questions and answers about the Fifth Amendment as it applies to the prosecution of law enforcement officers and other public employees.

## I. How does the Fifth Amendment apply to statements of public employees?

The Fifth Amendment says that no one "shall be compelled in any criminal case to be a witness against himself."[1] If the government compels a person to make an incriminating statement, that statement

---

[1] U.S. CONST. amend. V, cl. 3.

cannot be used in a criminal proceeding against the person who made it.[2]

Certain forms of coercion, such as pointing a gun at someone to get them to make a statement, constitute compulsion to speak. Similarly, threatening to penalize someone by firing them for remaining silent constitutes compulsion.[3] The *Garrity* rule, named for Supreme Court case *Garrity v. New Jersey*, explains that the threat to terminate someone from public employment for refusing to make a statement constitutes legal compulsion.[4] If public employees are told that they will lose their jobs (and thus their means of supporting themselves) if they remain silent and refuse to provide a statement, then their subsequent statement is deemed compelled and therefore inadmissible against them in a criminal case.

Law enforcement agencies (and other governmental entities) have a legitimate administrative interest in questioning employees about possible misconduct.[5] Such investigations could be thwarted if public employees could simply assert their right to remain silent and thereby refuse to answer their employers' questions. Thus, agencies may, consistent with the Constitution, fire employees for refusing to answer questions posed during internal investigations, so long as the employees are assured that their statements will never thereafter be used against them in a criminal proceeding.[6] So, if the employee is

---

[2] Lefkowitz v. Turley, 414 U.S. 70, 77 (1973); *see also* United States v. Proano, 912 F.3d 431, 437 (7th Cir. 2019) ("*Garrity* held that when a public official must choose between cooperating in an internal investigation or losing his job, the statements he makes during the investigation are compelled, and, as such, they cannot later be used against the official in a criminal trial.").

[3] Lefkowitz v. Cunningham, 431 U.S. 801, 805 (1977).

[4] Garrity v. New Jersey, 385 U.S. 493, 497–98 (1967).

[5] Aguilera v. Baca, 510 F.3d 1161, 1171 (9th Cir. 2007) (noting that in *Garrity* and its progeny the Supreme Court was careful "to preserve the right of a public employer to appropriately question an employee about matters relating to the employee's possible misconduct while on duty").

[6] *See Cunningham*, 431 U.S. at 806 ("Public employees may constitutionally be discharged for refusing to answer potentially incriminating questions concerning their official duties if they have not been required to surrender their constitutional immunity."); Homoky v. Ogden, 816 F.3d 448, 452 (7th Cir. 2016) ("[A] public employee may be compelled to answer questions in a formal or informal proceeding investigating allegations of misconduct, even if the answers are incriminating, so long as the state does not use the

---

threatened with job loss for refusing to answer questions, answers made in response to those questions may not (absent a waiver) be used against her in a subsequent criminal prosecution.[7]

## II. Are all statements by a public employee accused of misconduct covered by the Fifth Amendment?

No. If a public employee is asked a question and answers it, the answer is not presumed to be compelled. In fact, the general rule is that individuals must affirmatively invoke their Fifth Amendment right to remain silent if they want the protection afforded by the Fifth Amendment.[8] If a law enforcement agency's internal affairs department (or a supervisor with authority to fire an employee) asks questions that the employee *voluntarily* answers, the statements may be used in subsequent criminal prosecutions.[9]

*Garrity* applies only if the public employee is threatened with job loss (or a similarly severe sanction) based on the employee's refusal to answer questions—in other words, it applies when the employer threatens termination because the employee asserts the right to remain silent or to deter the employee from asserting the right.

---

statements in any subsequent criminal proceeding."); Hill v. Johnson, 160 F.3d 469, 471 (8th Cir. 1998) ("As long as a public employer does not demand that the public employee relinquish the employee's constitutional immunity from prosecution, however, the employee can be required to either testify about performance of official duties or to forfeit employment.").

[7] Moody v. Michigan Gaming Control Bd., 871 F.3d 420, 430 (6th Cir. 2017) ("The Supreme Court has made clear that if a state wishes to punish an employee for invoking that right [to remain silent], States must offer to the witness whatever immunity is required to supplant the privilege and may not insist that the employee or contractor waive such immunity.") (cleaned up).

[8] Minnesota v. Murphy, 465 U.S. 420, 427 (1984).

[9] Chavez v. Robinson, No. 18-36083, 2021 WL 4075369, at *7 (9th Cir. Sept. 8, 2021) (explaining that the Fifth Amendment is inapposite when "a person does not invoke the privilege against self-incrimination and any pressure to make incriminating statements does not rise to the level of compulsion"); United States v. Vangates, 287 F.3d 1315, 1324 (11th Cir. 2002) (finding statements were not compelled when employee was never ordered to make a statement or told she could be fired for refusing to make a statement, and when no policy or regulation required that she surrender her Fifth Amendment rights).

Threats to fire an employee for *misconduct* do not implicate *Garrity*, even if the employee is put in the uncomfortable position of having to decide whether to remain silent and let evidence stand unrefuted or to make a statement and risk self-incrimination.[10]

*Garrity* compulsion may be direct and obvious, such as when an internal affairs investigator explicitly tells a law enforcement officer (or other public employee), before an interview, that refusal to answer questions may result in termination. Agency rules or regulations may similarly clearly provide that an employee may be terminated for failing to cooperate with internal investigations. Likewise, a *lack* of compulsion may be obvious, such as where an employee is specifically told that he has the right to remain silent and that he will suffer no consequences for exercising that right or where an agency regulation prohibits compelled statements.

In many cases, however, warnings are ambiguous, policies are confusing, a defendant may argue that coercion was *implied* by particular circumstances, or a combination of these. If the question is litigated, courts will generally determine that a statement was compelled only if the employee had a subjective belief that refusing to answer a question would result in termination, and that belief was objectively reasonable under all the facts and circumstances.[11]

---

[10] Baxter v. Palmigiano, 425 U.S. 308, 317–18 (1976) (holding, in prison disciplinary decision, that "this case is very different from the circumstances . . . in the *Garrity-Lefkowitz* decisions, where refusal to submit to interrogation and to waive e [sic] Fifth Amendment privilege, standing alone and without regard to the other evidence, resulted in loss of employment or opportunity to contract with the State"); Hoover v. Knight, 678 F.2d 578, 580–81 (5th Cir. 1982) (quoting *Baxter*, 425 U.S. at 318) (citing Garrity v. New Jersey, 385 U.S. 493 (1967)); Diebold v. Civ. Serv. Comm'n of St. Louis Cnty., 611 F.2d 697, 700 (8th Cir. 1979) (explaining that as long as the employee "is not faced with the decision to surrender either his job or his constitutional privilege against self-incrimination, his predicament, no matter how undesirable, does not raise constitutional questions").
[11] *Vangates,* 287 F.3d at 1322.

PROOF of service 7/8/22
on one ~~copies~~
HC-001
NO copies

Name: **Michael Littleton**

Address: **651 I Street**
**Sac county Main Jail**

*denied*
*11-30-22*

CDC or ID Number: **2804**

**SUPREME COURT**
# FILED
JUL 13 2022

N/A State -  **Jorge Navarrete Clerk**

_____
Deputy

*(Court)*

| Petitioner **Michael Littleton** |
| --- |
| vs. |
| Respondent **Sacramento county** |

**PETITION FOR WRIT OF HABEAS CORPUS**

No. **S275501**

*(To be supplied by the Clerk of the Court)*

New **S279072**

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

**RECEIVED**

JUL 13 2022

CLERK SUPREME COURT

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2018). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

God bless America!

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

**NAME** LOUDERMILK, TERRY / DEBBIE    **AREA CODE**

1870 RIBEIRO LN.    822-7463
                     Geoffrey

ARCATA  95521

**NAME** LIPMAN, Bob  (Nicole)    **AREA CODE**

2/9  3433 ROLLING OAKS Rd    539-0842

SANTA ROSA  95404

**NAME** LYDON, AIDAN    **AREA CODE**

258 HILLSDALE St.    442-9012

EUREKA  95501

**NAME** Brandon Loudermilk    **AREA CODE** 805

13578 KENTWOOD    549-9681

SLO 93405

**NAME** LANDWEIN, JAMES SJ.    **AREA CODE** 503

2222 NW Hoyt St.    Day 221-2323

PORTLAND, OR 97120    Brian - Ryan
                       Scott
                       Robb  **AREA CODE** Juliana

**NAME** LESTER, Richard J. 87315-011

Box 5000, SHERIDAN, OR 97378

SHEILA - 1130 Maple, KLAMATH FALLS, OR 97678
                (503) 885-2087

*address • telephone*

| | | |
|---|---|---|
| NAME | MAGNUSON, KEN / CINDY | AREA CODE |
| | 79 FOXTAIL LN. | 839-4200 |
| | ARCATA 95521 | |
| NAME | MENTCH, MIKE (LIAM) | AREA CODE |
| | 5086 FIRESTONE | 539-4021 |
| | SANTA ROSA 95409 | |
| NAME | McDONELL, MARK / MICHELE off 526-9621 | AREA CODE |
| 2/9 | 1220 ENOS AVE. | 823-5251 |
| | SEBASTOPOL 95472 | 10/93 PATRICK 11/94 CHRISTOPHER |
| NAME | MEINZ, MIKE / PATTY | AREA CODE |
| | 3356 HACIENDA RD. | (916)677-3818 KEVIN, KELLY |
| | SHINGLE SPRINGS 95682 | WK 683-4745 |
| NAME | Mt. ANGEL ABBEY | AREA CODE |
| | | (503)845-3030 |
| | St. BENEDICT, ORE. 97373 | |
| NAME | McMURRAY, DAVID / MADELINE | AREA CODE |
| | BOX 64 | 822-8840 |
| | BAYSIDE 95524 | |

*address • telephone*

NAME McCOLLISTER, JOHN/JUDY
AREA CODE

8020 WHITED RD.
829-7641
88 KAPPLAIN

SEBASTOPOL 95472

NAME McFETRIDGE, MIKE/MARY
AREA CODE

3888 WILMA CT, NE

SALEM, ORE. 97305

NAME MILES, JOHN/CATHY
AREA CODE

2/8 585 WENTE
(408) 336-5021

BEN LOMOND 95005

NAME MACIEL, ELSIE
AREA CODE

4125 McHENRY AVE Sp.126

MODESTO 95356

NAME MARTINO, TONY + DOLORES
AREA CODE

1420 HIGH Sevra rd

SEBASTOPOL 95472-2607

NAME MARKING, TOM/MARY
AREA CODE

P.O. Box 2957
(916) 72
335-5330

BURNEY, CA 96013

*address • telephone*

| | |
|---|---|
| **NAME** | MORGAN, DOREN / NATALIE 5/6/89 **AREA CODE** |

49

2245 Forest Lake Dr.   930 Bayview   ) 75...
Eureka, 95501         Arcata      10/89 Ryan

| | |
|---|---|
| **NAME** | McLAUGHLIN, CHRIS/JANET 6/88 **AREA CODE** |

3806 NE Couch          503(=230 2870
PORTLAND, OR 97232     ALAN, CLARE, Jessica

| | |
|---|---|
| **NAME** | MAYER, GEORGE/CECE **AREA CODE** |

1072 HUNTINGTON        464-5725
CRESCENT CITY 95531

| | |
|---|---|
| **NAME** | MATTOS, JOHN/MARY **AREA CODE** |

1617 11th St.
Los Banos 93635

| | |
|---|---|
| **NAME** | McANDREW, TOM + DEBORAH **AREA CODE** |

4/9

2295 Hamilton         81 MATTHEW
                      84 LUKE
NORTH BEND, ORE 97459  87 BRIAN
                      (503) 756-4740

| | |
|---|---|
| **NAME** | MIHM, PAT / JEAN **AREA CODE** |

725 WOODS HOLLOW       TAMI, BOBBY,
                       mike, Kathy,
PEWELL, OHIO 43065     Richard

**NAME** MEYER, PETER / JANET
AREA CODE Dylan
7214 Lansfield Ct.
Alexandria VA 22310    (703) 313-0367

**NAME** Mc FARLAN, JOE / LAUREN
AREA CODE
Box 514
CEDARWOOD 96104

**NAME** Mc CORMICK, MARK / TRICIA
AREA CODE
STAR Rt., 7051 CLOWARD DR.
VALLEY SPRINGS 95252

**NAME** MACDONALD, ROGER (DNA)
AREA CODE Aug. 20, 93
2/7
1111 James Donlon # 2014    (510) 777 9038
Antioch. CA 94509

**NAME** MARLATT, ERIC / MONICA
2/1
465 9th Ave.    (408) 476-320
SANTA CRUZ 95062

**NAME** MOON, ROBERT
AREA CODE
Joyce
3/1
(503)
775-9246
PORTLAND, OR.

10/93 SHARON MIDNIGHT

Personal 904-222-5983

*address • telephone*

**NAME** NASLUND, REV. SEBASTIAN   AREA St Thomas CODE more

2/7   Box 2395   (904) 222-7371

TALLAHASSEE FLA. 32316   282 GRANDVIEW Ave Tilis 729-7326

**NAME** NICKLAS, PHIL / SHARI   VALPARAISO 32580 CODE

417 SECOND St # 201   Gwen, Rachel, Ali, Crystal   444-8091

EUREKA 95501   9000 Elk River Rd .03

**NAME** NISHIHIRA, KAREN, GEOFF, GAVIN   AREA CODE

2/7   399 Enterprise Dr.   584-8610

ROHNERT PARK 94928

**NAME** NAGLE, KEN   AREA CODE

←   (202)

WASH. DC. 20006

**NAME** NICHOLS, CHRIS / SHARON   ARCHIE, JOE, JEANNIE

2424 A St.

EUREKA

**NAME**   AREA CODE

 

**Kenneth M. Nagle**
Associate Manager
Fed. Sys. Access Planner

4480 Willow Road
Room B-8
Pleasanton, CA 94588
Bus 510 224-1788
FAX 510 224-1277
attmail!knagle

Ken Nagle Jr.
2222 I St NW
Washington, D.C.
Room 735
202 994 9434


Ken & Cheryl's
Tahoe Cabin
916 525 7358

NAME OLSON, PEGGY

185 NE 33rd Ct.

HILLSBORO. ORE 97124

AREA CODE (503) 648-3749

NAME O'BRIEN, MIKE / PEGGY

BOX 995

PALMER, AK 99645

AREA CODE (907) 745-6354
90 JERRY

NAME ORE, CHRIS

BOX 405          2915 34th St. #8          928-5625
                                           DON/MARY, EINARSON
COBB 95426      SACTO. 95817      (916)
                                  457-2427

AREA CODE

NAME OLSON, WHIT / JENNY

2243 SW 195th

ALOHA, ORE. 97006

AREA CODE (503) 642-0280
87 Whit

NAME O'FARRELL, DAN

1664 MABURY RD.

SAN JOSE 95133

AREA CODE (408) 272-0990

NAME ONSTAD, CLARK

9009 HOLLY LEAF LN.

BETHESDA, MD 20817

AREA CODE (301) 299-8892
WK (202) 289-6060

*address · telephone*

| NAME | Tim O'DONNELL | 3747 CHURN CREEK RD |
| | | Radding 96002 | 584-5512 |
| 2/7 | 1414 JASMINE |

Rocmont Pank 74928

| NAME | O'Connor, Sr. PATRICIA ANN CSJ | AREA CODE |
| | 271 Doyle Dr. | OFF. 707-525-9525 |
| | | PREV. 527-9027 |
| | Santa Rosa, CA 95405 | HM 542-8643 |

| NAME | O'Brien, Msgr. Joseph | AREA CODE 314 |
| | St. Agnes Home / Chaplains Residence | 966-8085 |
| | 10341 Manchester Rd. |
| | Kirkwood, MO 63122 | AREA CODE |

NAME

AREA CODE

NAME

AREA CODE

NAME

NAME PETTENGER, LEURA / DAN     AREA CODE
Box 314     (406) 763-4894
GALLATIN GATEWAY, MIT 59730

NAME PEDLEY, MARK / ANDREA     AREA CODE
5159 BLACKBERRY LN.
EUREKA 95501

NAME PEDELESKY, REV. NESTOR     AREA CODE
421 No. 61ST #216
LINCOLN, NEB

NAME PERKINS, MARK / SALLY     707 224-7543 AM
    WM 824-2770
1010 FABRIOLA DR.     82 GABRIEL
NAPA 94558     84 Rebecca

NAME PEDLEY, STAN / MARY     AREA CODE
414 TRINITY     442-9129
EUREKA

NAME PARMELEE, JAMES     WK 415 396-8272 AREA CODE
3/17 2800 St PAUL DR. "252 MARTHA     527-9174
FROM SANTA ROSA 95405     (510) 339-6762
6569 BLEN OAKS WY,
Piedmont CA 94611 - 1125

NAME **POIRIER, MICHAEL** — Mary.
Dec 2.94                              AREA CODE

Peartree Productions       Peartree Productions
Box 677                    9393 N. 90th St., Suite 102-255
Windsor, CA 95492          Scottsdale, AZ 85258
                           (602) 661-5583

NAME **POIRIER, DAN / JULIE**         AREA CODE

3728 HENNESSY PL.          578-7347
                           84-JENNIFER
SANTA ROSA 95403

NAME **PRADER, ED / ANNETTE**         AREA CODE

3927 IRVING St.            (415) 468-8456
                           GRANT, KAITLYN
SAN FRANCISCO 94122

NAME **PEDLEY, CRAIG** Costco        AREA CODE
                           MATT
60 Bacchetti               441-1354
EUREKA

NAME                                  AREA CODE



NAME                                  AREA CODE

NAME REINIG, STEVE / ROBIN

AREA CODE (206) 652-9143

208 140 ct. NW

MARYSVILLE, WA 98270

88 Amanda
91 Emily

NAME RODRIGUEZ, REV. REYES

AREA CODE (801) 328-8941 /8948

331 E. SOUTH TEMPLE

SALT LAKE CITY, UTAH 84111

NAME REA, CARLOS

AREA CODE 525-1231
YOLANDA
PAUL, ROBERT

3230 MOORLAND

SANTA ROSA 95407

NAME RIFO, MARIA

AREA CODE 523-0144

762 MENDOCINO #8

SANTA ROSA 95401

NAME RAMSEY, DAVID / MONICA

AREA CODE

Box 1195

VERADALE, WA 99037

NAME RAMERMAN, JIM / MARY

AREA CODE (716) 266-3078
MATTHEW
KRISTIN
JOAN
Corpus Christi Parish
325-2424

441 WINONA BLVD.

ROCHESTER, NY 14617

*address • telephone*

| NAME | ROBERTSON, JIM / TERRI | AREA CODE | ● |

67 BROOKDALE DR.          459-4271

WILLITS 95490

| NAME | ROBERTS, DENNIS / SANDI | AREA CODE | ● |

462 HIGH St.          (916) 823-9156
                      Stephanie - Dål
AUBURN 95603          keely, (David)  ●

| NAME | REA, Dominic (Nicole) | AREA CODE |

1918 Z^nd St.     916-257-6959    Paula Greiner
                                  916-257-5602
SusanVille, CA 96130              Lee Blum Greathouse
                                  442-2048
                                  442-07 Campground

| NAME | mik, Linda
RICHARDS, MATT, STEVE, Mike, ROSEMARY | CODE |

4/1   1405 VERNON St.          442-4218

EUREKA 95501                        ●

| NAME | RUSAK, JOSEPH | AREA CODE |

2325 PALO Alto

Clovis, CA 93611-5349          ●

| NAME | Roberts, Lt. Stephanie   DÅL Lee 7/94 | AREA CODE |

                                        ●

**NAME** WALLACE, BRO. ROB
SACRED HEART CATHEDRAL PREP
1095 ELLIS St
SAN FRANCISCO, CA 94109-7716
**AREA CODE** (415) 775-3927

**NAME** WOJCIK, DAVID
2/9  P.O. BOX 1194
WILLITS 95490
**AREA CODE** 485-5426
wk 463-4316

**NAME** WEYERS, CHRISTIAN  (415) 641-1294
500 GOLD RIDGE RD
SEBASTOPOL 95472
**AREA CODE** 618½ SHOTWELL 623-9478
SF 94110-2644 HART/SHERRY
SCOTT, JENNA

**NAME** WILCOX, DALLAS
**AREA CODE** Winniy DAY
Amber

**NAME** WARMERDAM, MATT  6/93
15   
**AREA CODE** 538-7143

**NAME**
**AREA CODE** Amy
(407):

*address • telephone*

NAME ERNIE WASSON

8014 Terrace Dr.

El Cerrito, CA 94530

AREA CODE
(510) 528-1445

---

NAME Branson Wolfe-Hunnicutt

1851 Held Rd.

REDWOOD VALLEY, CA 95470

AREA CODE
Hm 485-0210
machine 485-5919
JANET WOLFE-SAVIDES
ADAM

---

NAME SARA VICTORIA (WARNERDAM) BARDEAU (David)

17245 Verba Ln.

Guerneville, CA 95446

AREA CODE 12/94

---

NAME W. RYAN, Bro. Tim, OP
St. Anthony of Padua Priory
4640 Canal St.

New Orleans, LA 70119-5912

AREA CODE 504
488-2652

---

NAME

AREA CODE

---

NAME

AREA CODE

2/95 805-724-0673

*address • telephone*

**NAME** CANADA, EARL JR.   CODE

4119 WARRINGTON AVE   PARENTS (?O)
BOX 684   692-108

Pico Rivera 90660   Lake Hughes, CA 93532

**NAME** CERNYAR, GODFREY / ANN   AREA CODE

/

_ _ W 7 1

**NAME** CALLAHAN LARRY / DIANE   AREA CODE

1005 Brandon St   503-664-4426

Central Point, OR 97502

**NAME** CORCORAN, SR. MARY   AREA CODE
MOUNT. ST. MARY'S Hostel
MILLTOWN, Dublin
IRELAND

**NAME** CONWAY, Tim / MARY   AREA CODE

6244 CHESAPEAKE CIR.   84 ANNE + KANE
86 JOHN

Stockton 95219

**NAME** CANTLON, CATHERINE   AREA CODE

*address • telephone*

| | AREA CODE |
|---|---|
| **NAME** CULLIGAN, PATRICK | 585-9247 |
| 920 ELLEN St. | 6212 YORK (208) 322 |
| ROHNERT PARK, 94928 | BOISE ID 83704  5500 |

| | AREA CODE |
|---|---|
| **NAME** CHRISTENSEN, DON / JOANNE | 826-0425 |
| 3917 BROOKWOOD Ct. | |
| BAYSIDE 95524 | |

| | AREA CODE |
|---|---|
| **NAME** CASTRO, TONY | Peggy, Chris |
| 5469 COUNTRY CLUB Dr. | James |
| Rohnert Park 94928 | 584-8265 |

| | AREA CODE |
|---|---|
| **NAME** Cloherty, Kevin / Barb | (209) 575-9880 |
| 3225 NIGHTINGALE DR. | |
| Modesto, CA 95356 | |

| | AREA CODE |
|---|---|
| **NAME** CALLAHAN, LARRY + DIANE | (503) 465-1751 |
| 6710 HAWAII KAI Dr. # 208 | |
| HONOLULU, HI 96825 | |

| | AREA CODE |
|---|---|
| **NAME** CUDNEY, MICHAEL, PHILLIP, DANIEL, Kathope | ERWIN + CARI PIERCE |
| BOX 21 | |
| NELSON CA 95958 | |

NAME   ENNES, TONY                          AREA CODE

        EDITHDR. - LAST on left
        ACROSS From Mad River Hosp.

        ARCATA 95521

NAME   ERICSON, STEVE / MARLA              AREA CODE

2/9    1856 PINE St.                        963-7815

        St. HELENA 94574                    Carl
                                            Christina

NAME   ENOS, STEVE / MARGO                 AREA CODE

        8470 LAKEWOOD AVE

        COTATI 94931

NAME   OMAR ESTRELLA                       AREA CODE

        6706 ABREGO RD #152                 805-

        GOLETA CA 93117

NAME   John Engels                         AREA CODE

        410 Alexander St
        Rochester NY 14607

NAME                                        AREA CODE

| NAME | | AREA CODE |
|------|--|-----------|
| GOSPE, MIKE / GERRY | | |
| 1701 PAMELA DR. | | 542-8474 |
| SANTA ROSA 95404 | | |

| NAME | | AREA CODE |
|------|--|-----------|
| GIACONE, DENNIS / SHARON | | |
| 11819 N. 40th PL. | | (602) 996-1525 |
| PHOENIX, AZ 85028-1506 | | |

| NAME | | AREA CODE 916 |
|------|--|-----------|
| GALLAGHER, JIM | | |
| 1117 Palermo Rd. | | 533-5075 |
| Oroville, CA 95965 | | |

| NAME | | AREA CODE |
|------|--|-----------|
| GAMANCHE, JOHN / JOAN | | |
| 5744 SCHIESSEL AVE. | | (503) 884-4944 |
| KLAMATH FALLS, ORE 97601 | | |

| NAME | | AREA CODE |
|------|--|-----------|
| GAVALYA, RICK | | |
| 315 KRANE #21 | | |
| ANCHORAGE, AK 99504 | | |

| NAME | | AREA CODE |
|------|--|-----------|
| GRAY, SR- KATHERINE | | |
| 480 SO. BATAVIA    ORANGE 92668 | | |
| Hm 954 W. PALMYRA    92668 (714) 633-8121 | | OFF- |
| (714) 639-1030 | | X741 |

*address · telephone*

**NAME** GILBERT, JAMES / MARY GRACE    AREA CODE

35 Lawrence St #C

Lyons. NY 14489

**NAME** GARCIA, RUDY    (MARIN)    AREA CODE

14076 Beaver St.

Sylmar. CA 91347    (818) 362·5095

**NAME** GERCZAK. MARK    AREA CODE

4/8  6474 SEQUOIA    584-4304

ROHNERT PARK 94928    Re·584-7975

**NAME** John Guzman    AREA CODE

4/9  8064 Mitchell Dr

Rohnert Park 94928    792·0703

**NAME**    AREA CODE

**NAME**    AREA CODE

Julie Walborn
6565 So. CORTLAWN Cr
GOLDEN VALLEY. MN 55426

612 - 545 - 7255

*address • telephone*

| NAME | DUNN, MIKE / LAURA    12/87 | AREA CODE |
|---|---|---|

1014 ANTELOPE PL.

(805) 499-2596
40 REBEKAH
14 Christopher

NEWBURG PARK 91320

| NAME | DEWITT, KEN / BABS | AREA CODE |
|---|---|---|

6379 NE TOLO RD

BAINBRIDGE ISLAND, WA 98110

| NAME | DAVID, GREG | AREA CODE |
|---|---|---|

626 Diamond          P.O. Box 99594 619
                     92169    1/273-6325

SAN Diego, CA 92109

| NAME | DONOVAN, JUDI (Marie) | AREA CODE |
|---|---|---|

3309 Yulupa          OFFICE 542-7191
                     858 2~8
SANTA ROSA 95405     Hm. 527-1728

| NAME | DEPLACTIN, ALTON | AREA CODE |
|---|---|---|

1632 Jolley, NT      762-9415
                     Don + Denise
Petaluma 94952       Tommy

| NAME | DURKEE, JOE | AREA CODE |
|---|---|---|

3350 I Concourse 25A  (714) 945-
                      9725
ONTARIO, CA 91764

*address • telephone*

NAME  DOLEZAL, ZORA                                   AREA CODE

10690 Bel Air Dr

CHERRY VALLEY, CA  92223

NAME  Dorff, Rev. Francis, O.PRAEM.        (505)    AREA CODE

Dominican Retreat                                    877-4211
5825 SW Coors. Rd.

Albuquerque. NM 87121

NAME                                                 AREA CODE


NAME                                                 AREA CODE


NAME                                                 AREA CODE


NAME                                                 AREA CODE

**NAME** BLACK, RON

AREA CODE

4048 BARNES RD.

578-1084

SANTA ROSA 95401

WAN
(CRAIG, NEIL)

**NAME** BACHMEIER, JEFF / DEBBIE

AREA CODE

4 San Miguel Ct.

(415) 897-2539
JASON, CLIFF,
ZACHORY,
MATTHEW (Y89)

NOVATO, CA 94945

**NAME** BRUSKY, REV. DAVID

AREA CODE

SALVATORIAN SEMINARY
P.O. BOX 1678
MOROGORO, TANZANIA
EAST AFRICA

**NAME** BICKLEY, DENNIS

AREA CODE

620 G St

762-9161

Petaluma, CA 94928

**NAME** BAILEY, BOB ; AGNES

AREA CODE

2425 A St

444-8978

Eureka, CA 95501

NEW? 444-2047

**NAME** BOETTCHER, FR. JOHN.

AREA CODE

The Visitation BVM

9

P.O. Box 1718

EIN KAREM 91001 JERUSALEM, ISRAEL

*address • telephone*

NAME BROWN, BISHOP TOD

Dio. Pastoral Center
303 Federal Way
83705

Box 769

Boise, ID 83701

AREA CODE (208)
342-1311

---

NAME BURNETT, CHRIS          DELENA AMANDA

5201 HARBORD Dr.

OAKLAND, CA 94618

AREA CODE 510
547-0872
martha Aguilar
Delmira

---

NAME BARNES, MIKE (TWILA)

607 SE 15th Ave

Portland OR 97214

AREA CODE

Tacoma 94

---

NAME NEW    785 EARLTON Rd.

Glendale, OR 97442

AREA CODE

503-832-2785

---

NAME Barrett, Doug +          CHRIS

10293 Maddelein Ln

Palo Cedro, CA 96073

AREA CODE

---

NAME BLACK, TRAVIS

2563 Worden St.

San Diego, CA 92110

619-223-8482    AREA CODE

| NAME | BENSON, JAN | AREA CODE | |
|---|---|---|---|
| 2/10 | 2 5 W. [illegible]    [illegible] 773 | 445-1175 | |
| | Eureka | | |

| NAME | BORCICH, ROB / ZIDA | AREA CODE | |
|---|---|---|---|
| | 160 So. HAROLD | 20 E | |
| | Ft. BRAGG 95437 | | |

| NAME | BURDICK,    JIM | (Mary) AREA CODE | |
|---|---|---|---|
| 2/2 | % MARY BURDICK (408) 728-2174 | BOX 3202 Stebbing NV 89449 | |
| | 8 PEARA DR. | PRIVATE | |
| | WATSONVILLE, CA 95076 | (702) 588-2117 | |

| NAME | BRODERICK, CHAD | AREA CODE | |
|---|---|---|---|
| | 281 HUMMINGBIRD GT. | 431-7276 | |
| | HEALDSBURG, CA    95448 | LINDA GWENDOLYN | |

| NAME | BORCICH, ROBERT / ETHEL | AREA CODE | |
|---|---|---|---|
| | 536 MAPLE LN. | 964-2497 | |
| | F+ BRAGG 95437 | | |

| NAME | BURKE, DARRELL / CAROL | AREA CODE | |
|---|---|---|---|
| | Box 904  (1440 BRANSCOMB Rd) | ALLEN, JACKIE, JR., ROBBY | |
| | LAYTONVILLE 95454 | | |

*address · telephone*

NAME BLACK, JOE / PHILA

AREA CODE 707
263-6349

3039 LAKESHORE BLVD. # 26

LAKEPORT 95453

NAME BRAY, FR. KEVIN    St JOSEPH Hosp.

AREA CODE (805)
646-1466

2464 E. OJAI AVE.

OJAI  93023

NAME BONINI, PAUL

AREA CODE

Box 1623

TUALATIN, OREGON  97062

NAME BISHOP    Private 527-9717

AREA CODE
Machine 527-0925
Keys
525-9788

3336 HERMIT WAY

SANTA ROSA 95405

NAME BROWN, ROBERT

AREA CODE

NAME BENSON, JULIE  (SONNY)

AREA CODE
822-8314

SEE TUCKER

NAME: FAIRHURST, STAN / MARY
N. 7523 Foxpoint Dr.
AREA CODE: (509) 328-9788
SPOKANE, WA 99208

NAME: FOILES, OLIN (PETE) BECKY
AREA CODE:
839 SW Evans
PORTLAND, ORE 97219

NAME: FIDELIS, SR.
AREA CODE:
REGINA RESIDENCE
430 So. BATAVIA
ORANGE 92668

NAME: FAIRHURST, Jack / BUNNIE
AREA CODE: (619) 729-7531
3990 Scott Dr.
CARLSBAD 92008

NAME: FERRANDO, JOEL
AREA CODE: (916) 268-3002
20992 FLORAL RD.
JOAN Richardson
585-0654
GRASS VALLEY 95949

NAME: FOUST, DAVE / PAT
AREA CODE: (619) 967-1981
395 Compass Rd.
OCEANSIDE 92054

NAME  FAIRHURST, MARY

AREA CODE

2313 TANDEM Cl. - 8E

(206) 456-6327

OLYMPIA, WA 98501

NAME  Jim + SHELLY FRANCESCONI

AREA CODE

2230 NE ALAMEDA St

94-95  (503) 288-4262
BRIAN 9+3
MICHA 5"
BUTT 2"

PORTLAND, OR 97212

NAME  FAIRHURST, VINCE / Remi

AREA CODE 206

13520 NW 40th Ave.

576-4991
Oliver
Pache
Marilee - Adopted

VANCOUVER, WA 98685-1521

NAME  FRENCH, JOHN

AREA CODE 213

4006 SUNSET DR.

661-5171

LA, CA 90027

NAME  Jim Furull

AREA CODE

19393 Hidden Valley Rd.

869-2130

Buckenwood Park, CA 95446

NAME  Ferroggiaro, WILLIAM

AREA CODE

1449 my to Bch. "/

walter CA 966 21

*address • telephone*

NAME Timmons, Donald
Denise 406 AREA
wk 446 CODE

2/14    1214 10th AvE    (916) 442-2894
Wk 447 - 9600
Funce 22 co.
SACRAMENTO 95818    1020 J St. LL 7
SAcrA 95814

NAME TOLZMANN, SCOTT/ DORIE    AREA CODE

878 E BEDFORD    Jess

FRESNO 93710

NAME Timmons, JERI    wk 446 - 1115 AREA CODE

3124 Petty Way,    KIM, KRISTI,
ED, KELLY

CARMICHAEL 95806    (916) 971-4024

NAME TUOR, SCOTT    AREA CODE

3704 Rock Spring Ct    539-6838

Santa Rosa 95405

NAME Timmons, JACKIE (JENNIFER)    AREA CODE

666 Cutting Way    (916) 395-5812

Sacramento 95831

NAME TAYLOR TIM    AREA CODE

1410 Q St. #F

SACTO. CA 95814

NAME TUCKER IV, WALTER "SONNY" + JULIE    AREA CODE

1453 FRONTIER Ave.

McKinleyville, CA 95521

NAME Thompson, Marcia + Pat    AREA CODE

14 Hanenridge ct

San Mateo, CA 94402

NAME TILLEY, JASON    GARY, Debbie, Jamie    AREA CODE

241 HIGGINS St.    443-0037

Eureka, CA 95503

NAME Tucker, C.Ss.R., REV. MARK    AREA 202

(✞ Box 8236 Lowell, MA 01853-8236)    529-5289

3112 74th St NE, Wash DC 20017    Co #529.4410

Hm-508-452-6196

NAME TIMMONS JENNIFER    AREA CODE 707

2033 LEWIS AVE    822-3819

Arcata 95521

NAME    AREA CODE

*address • telephone*

| | |
|---|---|
| **NAME** HUDDLESTON, Guy / JEWELINE | **AREA CODE** |
| 2547 MEADOW LN. | 88 - Kelly |
| EUREKA 95501 | 445-8178 |

| | |
|---|---|
| **NAME** HEIDT, ART / CAROL     ART 266 | **AREA CODE** 9611 |
| 26713 S. BOLLAND RD.    313 NE 14th    (503)263-6028 | |
| CANBY, ORE. 97013    Canby 97013    SHERRY - TRACIE    EUGENE | |

| | |
|---|---|
| **NAME** HESS, LLOYD / LINDA    916 | **AREA CODE** Aaron    missy |
| 8773 VIA ALTA WAY    685-3050 | Heidi    Becky |
| ELK GROVE 95624 | |

| | |
|---|---|
| **NAME** 2/4 HUETTER, M.J. / JACKIE | **AREA CODE** |
| 4616 16TH Ave. | (206)459-8121 |
| OLYMPIA, WA 98503 | 81 JOHN    82 ANTHONY |

| | |
|---|---|
| **NAME** 2/8 HIGGINS, BRUCE / MARILYN | **AREA CODE** |
| 6097 DUBARRY, CA | 584-5617    JOANNE, JANET, PA |
| ROHNERT PARK 94928 | CHRIS, STEPHEN, JU |

| | |
|---|---|
| **NAME** HIGGINS, CHRIS + Julie    5/21/93 | **AREA CODE** |
| LA VELLES 12, 2°D | CORREO AEREO |
| 37007 SALAMANCA | |
| SPAIN    011 - 34 - 923 - 27 - 01 - 70 # | |
| + 9 HRS. | |

NAME HEIDRICK, Buck / NANCY   AREA CODE

24205 NE ALLWORTH AVE.

BATTLEGROUND, WA 98604

NAME HULKO, REV. JOE   PRIVATE AREA 610
St Anthony...
900 Washington St   515-0892
Easton, PA 18042

NAME HIGGINS, STEPHEN   AREA CODE
805-966-5341
2510 CALLE GALICIA

SANTA BARBARA, CA 93109

NAME HITT, JAMES   AREA CODE
(602) 831-2424
4) BROAD ST (mom)   BOX 24538
TEMPE, AZ
FISHKILL, NV 12524   85285-4538

NAME Hicks, STEVEN   AREA CODE
3125 NEVADA ST. #D

EUREKA 95503

NAME HEBERLEIN, REV. KEN   AREA CODE 918
1759 S. WHEELING AVE   748-8356
Tulsa, OK 74104

**NAME** SUROWIEC, STEVE / SHERRI

2447 PRINCETON DR

VISALIA 93277

**AREA CODE** (209) 625-5387

**NAME** SCALLY, ANNA

1415 LUPINE RD.

HEALDSBURG 95448

**AREA CODE** 433-3023

**NAME** SELVA, STEVE / MARY

99 E. MAIN ST.

FT. KENT, MAINE 04743

**AREA CODE** KATIE MATTHEW

**NAME** SCHMIDT, DARRELL

Box 4884

SR 02 (1923 SPINNAKER PL. 03)

**AREA CODE** 577-0366

**NAME** SALTZMAN, ESTELLE

2266 UNIVERSITY, AVE.

SACRAMENTO 95825

**AREA CODE** (916) 485-8356
wk 446-9900
RUNYON. SALTZMAN.
WEABRALF-SEAGULL

**NAME** SCHAUB, JEFF / MARY

812 55TH AVE. SE

WOODINVILLE, WA 98072

**AREA CODE** (206) 487-9317
HEATHER
ALLISON
LINDSAY

*address • telephone*

**NAME** SULLIVAN, SR. MARY      AREA CODE

1216 MARENGO AVE.

South PASADENA, CA 91030

**NAME** SEIDELL, MARLIN (SKIP)/CLAIRE      AREA CODE

STONES LANDING - EAGLE LAKE
508 - 150  STONEY LN.      (916) 825-
3332

Susanville 96130

**NAME** STEFFEN, SR. SUZANNE      AREA CODE

409 SANTA DOMINGA      (619) 755-6446

SOLANA BEACH, CA 92075      PRIVATE
755-8407

**NAME** SCOTT, Alexys      BX24115      WK 602-935-7212
CODE ?-

48    1009 Camino Coronado      Luke AFB,      795-4423
Billy/Olga

Robbert Park 94928      AZ 85309-      CHRISTINA
4115

**NAME** SHAW, MATTHEW   (408)377-2926      CODE

3420 New Jersey Ave.

San Joze 95124      PROFITS:
222 SWAIN H
Stockton 95207

**NAME** SKANCHY, DAVID      AREA CODE   JEANNE

EE 211 Bristol Terrace      (913) 865-
3625

Lawrence, KS 66049      3/2

NAME STEFFEN, DAVID ) KENNY      AREA CODE

2103 CROSSPOINT AVE      526-0427

SANTA ROSA, CA 95401

NAME SCOTT, TOM      AREA CODE

2/9   6411 JACARANDA      586-3912

RUHNERT PARK 94928

NAME SULLIVAN, GLENN + JILL      AREA CODE

7800 MEDALLION

ROHNERT PARK 94928      795-6901

NAME SIPHER, WALLY + CAROL      AREA CODE (916) 894-2335
Ingrid
3054 GRANADA RD.      Amy

CLEO CA 95926

NAME STEPPA, JOHN + CRISTINA      AREA CODE Bryan
mendiaje
805 Filmore      Amaya

POCATELLO, ID 83201

NAME STERO, MICHAEL      AREA 441-8408 CODE
NICLA SIMMON
4/7   Box 525   (2427 A St.)      GRETCHEN

Eureka, CA 95502      TIMMY WROBEL

*address • telephone*

NAME SHANAHANS, Greg, Lynn, Paul, Katie, Pat, AREA CODE Ken

3883 E St.                                      445-2449

Eureka, CA 95503

NAME                                           AREA CODE

NAME                                           AREA CODE

NAME                                           AREA CODE

NAME                                           AREA CODE

NAME                                           AREA CODE

All these Numbers And in phone
I took pictures wall paper camera's Door bell ADT
CameRA phone 916 8224328 This Dude is a
Child Molester And people trying to kill him and me
Check my phone is the motive 2002 he was convicted
They tryna kill him because of this And tryna kill
Me 100% Fact

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

## SPEEDY TRIAL RIGHTS IN CALIFORNIA - PENAL CODE 1382 PC

The United States Constitution guarantees its citizens the right to a speedy trial, which protects them from being held in custody or under suspicion indefinitely. In California, this right is codified in Penal Code 1382 PC.

In other words, anyone charged with a crime has a constitutional right to a speedy trial guaranteed under federal law and by California's fast and speedy trial law.

Penal Code 1382 PC requires that criminal trials must be set within a specific time frame.

The primary purpose of ensuring your right to have a speedy trial is that there could be a chance of prejudice in giving a defense because witness memories will typically fade over time or disappear, and evidence can be lost or destroyed.

According to this law, defendants must be brought to trial within a specific time frame following their arraignment. If this time frame is exceeded and the judge has not granted an exception to the rule, the case may be dismissed.

In California, you have a right to a trial for a misdemeanor case within 45 days after being charged if you are not in custody and 30 days if in custody. If charged with a felony crime, you have a right to have a trial within 60 days.

Suppose you were denied a right to a speedy trial. In that case, your lawyer could file a motion that is asking the court to dismiss your charges, which is known as a "Serna motion" or a "speedy trial motion," which is a legal motion to dismiss a misdemeanor or felony case due to a speedy trial violation. These are named after the 1985 California Supreme Court decision in Serna v. Superior Court.

In other words, this type of motion claims that you were denied your constitutional right to a speedy trial that violates your 6th Amendment to the United States Constitution right to a speedy trial, which is also guaranteed in the California Constitution, Article 1. Section 15. Let's review this law further below.

### OVERVIEW OF PENAL CODE 1382 PC

The right to a speedy trial is one of our criminal justice system's oldest and most fundamental rights. The U.S. Constitution's Sixth Amendment provides that *"in all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial."*

To that end, PC 1382 provides the following specific time requirements for bringing defendants to trial:

- A formal charge (aka, an "information) must be filed against the defendant within 15 days of arrest;

- For infractions and misdemeanors, a trial must be held within 30-45 days of arraignment;

- For felonies, a trial must be held within 60 days of arraignment.

Simply put, a prosecutor must get a defendant in a felony case to trial within 60 days of arraignment unless there is good cause for a delay.

These statutory limits are based on the premise that defendants should not have to wait an unreasonable amount of time for their day in court. A long delay between arrest and trial can cause numerous problems for defendants, including:

- The loss of witnesses, who may move away or die;
- The fading of memories, which can make it more challenging to recall what happened; or
- The decline of evidence, such as physical evidence, may be lost or destroyed over time;
- To protect your ability to defend yourself;
- To minimize anxiety waiting to resolve your case.

An accused person also has to worry about the adverse effects of being under suspicion or in custody for a prolonged period. This can include damage to one's reputation, employment prospects, and personal relationships.

To protect against these problems, Penal Code 1382 PC requires the court to set a trial date within the prescribed timeframe after a defendant's arraignment. If the court fails to do so, and if no exception to the rule has been granted, the defendant can file a motion to have the charges dismissed.

WHAT ARE THE EXCEPTIONS TO THE SPEEDY TRIAL RULES?

The statutory limits of PC 1382 are not set in stone. By law, the court may extend the trial date past the 30, 45, or 60-day time frame under certain circumstances. Exceptions to the rule generally may be granted in one of two situations:

- When the defendant waives their speedy trial rights or requests a later trial date; or
- When the court finds "good cause" for delaying the trial date.

Your right to a speedy trial begins at either the date a complaint or other charging document has been filed against you or the date you were arrested if an actual restraint follows that arrest.

WHAT IS THE TIME WAIVER OR REQUEST FOR DELAY?

There are times when it is in the defendant's best interests to delay a trial date—for example, the defendant may be ill and needs to recover, or the delay may give the attorney more time to prepare a solid defense.

In these cases, defendants can waive their right to a speedy trial or request a later trial date from the court. Remember that this also gives prosecutors more time to prepare their cases.

*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528

 **Homeland Security**

March 15, 2023

Michael Littleton
3960 17th Ave.
Sacramento, CA 95820

Dear Michael Littleton:

Thank you for contacting the U.S. Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL). Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, CRCL is responsible for reviewing and assessing information concerning abuses of civil rights, civil liberties, and profiling on the basis of race, ethnicity, or religion, by employees and officials of DHS. CRCL also reviews allegations that DHS employees, programs, or activities discriminated on the basis of disability under Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794.

After reviewing your information, we have determined that CRCL does not have jurisdiction over your concerns. For more information about CRCL's roles and responsibilities, please visit our website at www.dhs.gov/crcl. Thank you again for contacting the Office for Civil Rights and Civil Liberties.

Sincerely,

Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security

*Clearly a Default Document*

Michael Humane is a fraudulent Lawyer He has violated My Rights to a speedy trial Right and continues to send me thru trial for crimes that are fraudulent charge's My Life is completely Ruined because he is a Liar and I swear on Jesus christ

How to win Your Personal inJury claim Joseph ~~With~~ Matthews october 2021 11th edition

1. Figure out what your claim is worth
2. gather the Right Medical Records and accident Reports
3. Prepare an effective demand Letter
4. counter insurance company and other common tactics
5. Negotiate your way to a full and fair Settlement, and
6. Stay on top of your case if you hire a Lawyer

personal InJury claims! When you Need a Lawyer for certain personal inJury Such as those for Severe inJurys, MAl Practice, or toxic Xposure youll want to consult a Lawyer

Department Google Pixel Fraud
of Human services
UC davis

Social Media is a Tool for Attorneys and investigators
Did you know that attorneys in personal injury
often use social media posts to refute or make
injury claims? This also applies to information
shared by other people who may be related
to you. Many posts and photos contain valuable
information that could be used to prove (or disprove
your narrative. This includes Geo Location data,
Information about your day to day activities,
and how you behave as a person)
If you were hurt in an accident and file a lawsuit
against the perpetrator, their insurance company
will start looking for evidence of your pain
or lack there of) If you claim to be in severe
my ear pain but your social media posts depict otherwise,
It could be shown to the Judge and Jury.
investigators will commanly Snoop around
commen Social Media platforms such as
FaceBook Twitter and Instagram They'll comb
through your friends list, follower websites, Linkedin
profile and Just about anthing that could
be used to establish their side of the story
when it comes to saving hundreds of thousands
of dollars, All options are on the table

IRS

Making an Injury claim under texas
Tort claims Act If your case involves
the potential liability of a Texas goverment
agency or employee, your INJury claim will
Need to follow a unique set of rules

① Negligence - This is frequently Identified IN
private Law Claims and the claimants have
to show that the authority owes a duty
of care( involving reasonable fore-seeability of loss,
sufficent proximity of Relationship, and Where
It would be fair, (Just and reasonable to impose
a duty) They will have to also show that the
authority acted in breach of the standard of care
required in the circumstances, and the claimant
suffered loss as a result

② Misfeasance in public office - This is often
argued in the claims against the Prison service
and other departments of the Ministry of Justice,
Home office Etc. When a public official abuses
their powers in bad faith, Knowing or being reckless
as to wether the action or (inaction) was wrongful
and Likely to damage the claimant( Fact 100%