UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LITTLETON, | Case No. 2:23-cv-00735-KJM-JDP (PS) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | RESPONSE DUE WITHIN FOURTEEN DAYS |
| RESIDENTS, *et al.*, | |
| Defendants. | |

On March 15, 2024, I screened plaintiff's complaint and notified him that it failed to state a claim. ECF No. 4. I granted him thirty days to file an amended complaint and notified him that failure to do so would result in a recommendation that this action be dismissed. To date, plaintiff has not filed an amended complaint.

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

The court will give plaintiff an opportunity to explain why this case should not be

1

1  dismissed for failure to file an amended complaint.  Plaintiff's failure to respond to this order will
2  constitute a failure to comply with a court order and will result in a recommendation that this
3  action be dismissed.  Accordingly, plaintiff is ordered to show cause within fourteen days why
4  this case should not be dismissed for failure to prosecute and failure to comply with court orders.
5  Should plaintiff wish to continue with this lawsuit, he shall file, within fourteen days, an amended
6  complaint.

IT IS SO ORDERED.

Dated:   April 30, 2024                                     _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE