# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHAEL LITTLETON,**

CASE NO: **2:23–CV–00735–DC–JDP**

v.

**RESIDENTS, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/12/2024**

**Keith Holland**
Clerk of Court

ENTERED: **November 12, 2024**

by: /s/ A. Woodson
Deputy Clerk